**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re<br><br>IN BUSINESS FOR TEAM DEVELOPMENT, INC<br><br>Debtor | CASE NO. 10-2207-SEK<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date a copy of the notice attached hereto was served by first class mail on all creditors and parties in interest appearing in the mailing list attached to said notice.

DATED:   June 3, 2010

    **s/ MAXIMILIANO TRUJILLO-GONZALEZ**
    USDC NO. 122208
    PO Box 9481
    Bayamón, PR 00960
    Tel. (787) 785-8756
    Fax (787) 200-5063
    Cel.  787-399-0820
    **maxtruj@yahoo.com**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re

IN BUSINESS FOR TEAM
DEVELOPMENT, INC

Debtor

CASE NO. 10-2207-SEK

Chapter 11

## NOTICE TO CREDITORS IN CHAPTER 11 CASE SCHEDULED
## AS DISPUTED, CONTINGENT, OR UNLIQUIDATED

**PLEASE TAKE NOTICE:** Pursuant to P.R. LBR 1007-1(g), notice is hereby given to creditors listed on the attached sheet that their claims have been scheduled by Debtor as disputed, contingent, or unliquidated. Accordingly, those creditors are advised of their right to file proofs of claim and that failure to do so may prevent them from voting under the Plan or participating in any distribution thereunder. A Proof of Claim form is included in this Notice for your convenience.

Date: June 3, 2010.

s/ MAXIMILIANO TRUJILLO-GONZALEZ
USDC NO. 122208
PO Box 9481
Bayamón, PR 00960
Tel. (787) 785-8756
Fax (787) 200-5063
Cel. 787-399-0820
maxtruj@yahoo.com

MAILING LIST

TOSHIBA PR
PO BOX 70176
SAN JUAN, PR 00926

BPPR
PO BOX 362708
SAN JUAN, PR 00936

UNLIMITED STORAGE
PO BOX 9284
SAN JUAN, PR 00726

SEC DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

NILDA CALDERON
BOX 4999 PMB 4
BAYAMON, PR 00956

JESUS CALDERON
RR5 BOX 4999 PMB 4
BAYAMON, PR 00956

ERVIN COSS-EC Improv Inc.
HC 07 BOX 35806
CAGUAS, PR 00727

ERNESTO CRUZ
PO BOX 192961
SAN JUAN, PR 00919

LOURDES RUIZ
COND. HATO REY PLAZA 8-C
SAN JUAN, PR 00918

CARLOS SANTIAGO
CALLE 2 A-5 PASEO MAYOR
SAN JUAN, PR 00926