## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re

IN BUSINESS FOR TEAM DEVELOPMENT, INC

Debtor

CASE NO. 10-2207-SEK

Chapter 11

## CERTIFICATE OF SERVICE

    The undersigned HEREBY CERTIFIES that on July 15, 2010 the parties in the attached mailing matrix were served by First Class Mail – Postage Prepaid with copies of the plan, the disclosure statement, the order conditionally approving the same (and setting the confirmation hearing) filed in the above captioned case, and a ballot.

DATED: July 16, 2010

    EDGARDO MUÑOZ, PSC
    PO Box 360971
    San Juan, PR 00936-0971
    Tel. (787) 524-3888
    Fax (787) 524-3888

    **s/ EDGARDO MUÑOZ**
      USDC NO. 125713
    emunoz@emunoz.net

**Case Number:**     **10-02207-SEK11**

10-02207-SEK11|BANCO POPULAR DE PUERTO RICO |PO BOX 362708|San Juan, PR 00936-2708
10-02207-SEK11|IN BUSINESS FOR TEAM DEVELOPMENT, INC. |SANJUANERA 45|HACIEND
10-02207-SEK11|TREASURY DEPARTMENT OF THE COMMONWEALTH |FEDERAL LITIGATI
10-02207-SEK11|US TRUSTEE |EDIFICIO OCHOA|500 TANCA STREET SUITE 301|SAN JUAN,
10-02207-SEK11| |US Bankruptcy Court District of P.R.|U.S. Post Office and Courthouse Building|300
10-02207-SEK11|AAA MINIALMACEN GUAYNABO |PMB 84 HC 01 BOX 29030|CAGUAS, PR 0
10-02207-SEK11|APEROS 4-J |P.O. BOX 5101|CAGUAS, PR 00726
10-02207-SEK11|AXESA |PO BOX 70373|SAN JUAN, PR 00936-8373
10-02207-SEK11|BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS |PO BOX 362708|SAN
10-02207-SEK11|BMS COMMUNICATION |P.O. BOX 363222|SAN JUAN, PR 00936-3222
10-02207-SEK11|BPPR |P.O. BOX 362708|SAN JUAN, PR 00936
10-02207-SEK11|CARLOS SANTIAGO POREL |CALLE 2, A-5 PASEO MAYOR|SAN JUAN, PR
10-02207-SEK11|CENTRO INTL MERCAD-II |#90 CARR 165 ADM.|GUAYNABO, PR 00968
10-02207-SEK11|CRIM |PO BOX 195387|SAN JUAN PR 00919
10-02207-SEK11|DIANA BERRIOS |MIRAMONTES #519 SAB DEL R O|GURABO, PR 00778
10-02207-SEK11|DORAL MORTGAGE |PO BOX 71529|SAN JUAN, PR 00936
10-02207-SEK11|EDGARDO MUNOZ |GPO BOX 360971|SAN JUAN PR 00936-0971
10-02207-SEK11|EDWARD BARROS |COND TORRE DE LA REINA APT. 14-G|SAN JUAN PR 00
10-02207-SEK11|EMP ORTIZ DBA ARENERO E |PO BOX 1839|GUAYNABO PR 00970-1839
10-02207-SEK11|EQUINE ASSOCIATES |P.O. BOX 1672|CANOVANAS, PR 00729
10-02207-SEK11|ERNESTO CRUZ |PO BOX 192961|SAN JUAN, PR 00919
10-02207-SEK11|ERVIN COSS-EC IMPROV. INC |HC 07 BOX 35806|CAGUAS, PR 00727
10-02207-SEK11|IMP. A COLORES, INC. |SANTA MONICA 1656|SAN JUAN, PR 00921
10-02207-SEK11|IN BUSINESS FOR TEAM DEV INC. |HACIENDA SAN JOSE,|SANJUANERA #4
10-02207-SEK11|IRS |INTERNAL REVENUE SERVICE CENTER|KANSAS CITY, MO 64999
10-02207-SEK11|JESUS CALDERON |RR5 BOX 4999 PMB 4|BAYAM N, PR 00956
10-02207-SEK11|JOSE RAMIREZ |276 ONIX PRADERAS-NAVARRO|GURABO, PR 00778
10-02207-SEK11|LCDO JOSE MASSINI |ESQUIRE BLD PH 901|SAN JUAN PR 00918
10-02207-SEK11|LOURDES RUIZ |COND. HATO REY PLAZA 8-C|SAN JUAN, PR 00918
10-02207-SEK11|MARILU TRINIDAD |231 MANSIONES DE BAIROA|CAGUAS, PR 00727
10-02207-SEK11|MILLENIUM COLL AGENCY |P.O. BOX 79193|CAROLINA, PR 00984-9193
10-02207-SEK11|NETWORKS SOLUTIONS |PO BOX 459|DRUMS, PA 18222
10-02207-SEK11|NILDA CALDERON |RR5 BOX 4999 PMB 4|BAYAM N, PR 00956
10-02207-SEK11|PATENTE |MUNICIPIO GUAYNABO|PO BOX 7885|GUAYNABO, PR 00970
10-02207-SEK11|PATHFINDERS INC |CENTRO INTL MERCADEO|STE 310 GUAYNABO 00968
10-02207-SEK11|POPULAR MORTGAGE |PO BOX 362400|SAN JUAN, PR 00936
10-02207-SEK11|PPS PARKING SERVICES |#94 CARR. 165, BOX PARKING|GUAYNABO, PR 00
10-02207-SEK11|PRTCO |P.O. BOX 71535|SAN JUAN, PR 00936-8635
10-02207-SEK11|SEC DE HACIENDA |P.O. BOX 9024140|SAN JUAN, P.R. 00902-4140
10-02207-SEK11|TELECONTESTE DE PR |996 SANROBERTO ST., STE. 107|CENTENNIAL TWR
10-02207-SEK11|TOSHIBA PR |P.O. BOX 70176|SAN JUAN, PR 00926
10-02207-SEK11|XEROX / JSD MGMT INC. |1283 COLLEGE PARK DRIVE|DOVER, DE 19904
10-02207-SEK11|MAXIMILIANO TRUJILLO GONZALEZ |P.O. BOX 9481|BAYAMON, PR 00960
10-02207-SEK11|MONSITA LECAROZ ARRIBAS |OFFICE OF THE US TRUSTEE (UST)|OCHOA

Total Labels: 44