IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

IN BUSINESS FOR TEAM DEVELOPMENT,
INC.

XXX-XX4756

Debtor(s)

CASE NO. 10-02207 SEK

Chapter 11

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

The **HEARING** scheduled for **AUGUST 13, 2010 AT 2:00 P.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED** for AUGUST 13, 2010 AT 11:00 A.M.

**The notice in period is shortened to four (4) days.**

San Juan, Puerto Rico, this 9 day of August, 2010.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: VANESSA ORTIZ-RENTAS
Deputy Clerk