# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re

IN BUSINESS FOR TEAM DEVELOPMENT, INC

Debtor

CASE NO. 10-2207-SEK

Chapter 11

## OBJECTION TO CLAIM

TO THE HONORABLE COURT:

COME NOW the above captioned debtor through the undersigned attorney and respectfully submits the following:

1. This case was filed on March 23, 2010. Thereupon, the above captioned debtor has been acting as a debtor-in-possession.

2. On 3/24/10 the court issued a notice to creditors advising, *inter alia*, that the bar date for filing claims was July 26, 2010. Docket No. 3

3. On 7/28/10 Ervin Coss EC Improv Inc. filed proof of claim #9.

4. Said claim should be disallowed as untimely.

## NOTICE TO CLAIMANT

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

In San Juan, Puerto Rico this 13th day of August, 2010.

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the participants

**OBJECTION TO CLAIM** *Page 2*
*CASE NO. 10-2207-BKT*

appearing in said record, including the US Trustee; and sent by first class mail, postage prepaid to Ervin Coss EC Improv. Inc., HC07 Box 35806, Caguas, PR 00727.

s/MAXIMILIANO TRUJILLO-GONZALEZ
USDC NO. 122208
PO Box 9481
Bayamón, PR 00960
Tel. (787) 785-8756
Fax (787) 200-5063
Cel. 787-399-0820
maxtruj@yahoo.com

INB-Obj-claim.wpd