IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re

IN BUSINESS FOR TEAM
DEVELOPMENT, INC

Debtor

CASE NO. 10-2207-SEK

Chapter 11

MOTION SUBMITTING FIRST AMENDED CHAPTER 11 PLAN
(POST-CONFIRMATION MODIFICATION)

TO THE HONORABLE COURT:

COME NOW the above captioned debtor through the undersigned attorney and respectfully submits the following:

1. On August 13, 2010 the Honorable Court confirmed the plan filed July 7, 2010 (Docket No. 53).

2. On September 14, 2010 the Puerto Rico Treasury Department ("Hacienda") filed Proof of Claim #10 for $160,000 (which includes $120,000 as priority taxes). Said claim is based on arbitrarily estimated taxes for years in which debtor filed the corresponding returns. A totally unwarranted action and, although prior to the bar date, the doctrine of laches should not be overlooked, as the reimbursement ("reintegro") from the Treasury Department has been disclosed as an asset, since the filing of the schedules in this case.

3. Debtor is putting together the documents needed to file an objection to Hacienda's claim.

4. A major component of the plan funding is the reimbursement by Hacienda of approximately $100,000, which debtor has been requesting from Hacienda for over a year now. (Said reimbursement is based on the 7% retained and sent to Hacienda by parties debtor provided services for. The Adversary Proceeding for the collection of the "reintegros" was being prepared

when Claim No. 10 was filed, and will be filed shortly in one Complaint, which will also include the Objection to said claim.

5. With the filing Proof of Claim 10, Hacienda has, in fact, assumed the that it does not have to pay the "reintegros" until the controversy is resolved.

6. The effective date of the confirmed plan fell on 8/30/2010. Hence, the payments thereunder would have to be started soon.

7. Debtor needs to amend the plan's effective date so that the newly defined effective date be the 10th day after resolution of Hacienda's controversy.

8. Pursuant to Local Rule 3016-2, Debtor is filing the First Amended Plan in its clean version, and in the redlined version showing the changes.

9. The amended plan does not affect the creditors' rights in any substantial way. Said plan still proposes to pay 100% of all allowed claims and complies with the confirmation requirements of Section 1129.

10. Debtor hereby moves for approval of the amended plan under §1127(b).

11. Debtor further requests that the time for changes to previous acceptances or rejections of the plan be fixed under §1127(d) at 21 days upon notice of this motion.

12. NOTICE OF RESPONSE TIME – LBR 9013-1(h). Within 21 days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. You are further notified that if the foregoing

motion is granted, the time for changes to previous acceptances or rejections of the plan is fixed under §1127(d) at 21 days). and, upon the notice hereof, and any hearing needed thereafter, the attached amended plan be confirmed.

In San Juan, Puerto Rico this 17th day of September, 2010.

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the participants appearing in said record, including the US Trustee; and by First Class Mail, postage prepaid, shall be served to all creditors and parties in interest appearing in the court's master address list attached to the original of this motion.

**s/MAXIMILIANO TRUJILLO-GONZALEZ**
USDC NO. 122208
PO Box 9481
Bayamón, PR 00960
Tel. (787) 785-8756
Fax (787) 200-5063
Cel. 787-399-0820
**maxtruj@yahoo.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-02207-SEK11<br>District of Puerto Rico<br>Old San Juan<br>Fri Sep 17 07:54:16 AST 2010 | BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>San Juan, PR 00936-2708 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 |
| IN BUSINESS FOR TEAM DEVELOPMENT, INC.<br>SANJUANERA 45<br>HACIENDA SAN JOSE<br>CAGUAS, PR 00725 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 |
| TREASURY DEPARTMENT OF THE COMMONWEALTH<br>FEDERAL LITIGATION DIVISION<br>DEPARTMENT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AAA MINIALMACEN GUAYNABO<br>PMB 84 HC 01 BOX 29030<br>CAGUAS, PR 00726-4900 | APEROS 4-J<br>P.O. BOX 5101<br>CAGUAS, PR 00726-5101 | AXESA<br>PO BOX 70373<br>SAN JUAN, PR 00936-8373 |
| BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | BMS COMMUNICATION<br>P.O. BOX 363222<br>SAN JUAN, PR 00936-3222 | BPPR<br>P.O. BOX 362708<br>SAN JUAN, PR 00936-2708 |
| CARLOS SANTIAGO PROREL<br>CALLE 2, A-5 PASEO MAYOR<br>SAN JUAN, PR 00926 | CENTRO INTL MERCAD-II<br>#90 CARR 165 ADM.<br>GUAYNABO, PR 00968-8058 | CRIM<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 |
| DIANA BERRIOS<br>MIRAMONTES #519 SAB DEL R O<br>GURABO, PR 00778 | DORAL MORTGAGE<br>PO BOX 71529<br>SAN JUAN, PR 00936-8629 | Department of Treasury<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1451 |
| EDGARDO MUNOZ<br>GPO BOX 360971<br>SAN JUAN PR 00936-0971 | EDWARD BARROS<br>COND TORRE DE LA REINA APT. 14-G<br>SAN JUAN PR 00901-2308 | EMP ORTIZ DBA ARENERO E<br>PO BOX 1839<br>GUAYNABO PR 00970-1839 |
| EQUINE ASSOCIATES<br>P.O. BOX 1672<br>CANOVANAS, PR 00729-1672 | ERNESTO CRUZ<br>PO BOX 192961<br>SAN JUAN, PR 00919-2961 | ERVIN COSS EC IMPROV INC<br>HC 07 BOX 35806<br>CAGUAS PR 00727-9337 |
| IMP. A COLORES, INC.<br>SANTA MONICA 1656<br>SAN JUAN, PR 00921-4319 | IN BUSINESS FOR TEAM DEV INC.<br>HACIENDA SAN JOSE,<br>SANJUANERA #45<br>CAGUAS, PR 00727 | JESUS CALDERON<br>RR5 BOX 4999 PMB 4<br>BAYAM N, PR 00956-9788 |

| | | |
|---|---|---|
| JOSE RAMIREZ<br>276 ONIX PRADERAS-NAVARRO<br>GURABO, PR 00778-9041 | LCDO JOSE MASSINI<br>ESQUIRE BLD PH 901<br>SAN JUAN PR 00918 | LOURDES RUIZ<br>COND. HATO REY PLAZA 8-C<br>SAN JUAN, PR 00918-4134 |
| MARILU TRINIDAD<br>231 MANSIONES DE BAIROA<br>CAGUAS, PR 00727-1172 | MILLENIUM COLL AGENCY<br>P.O. BOX 79193<br>CAROLINA, PR 00984-9193 | NETWORKS SOLUTIONS<br>PO BOX 459<br>DRUMS, PA 18222-0459 |
| NILDA CALDERON<br>RR5 BOX 4999 PMB 4<br>BAYAM N, PR 00956-9788 | PATENTE<br>MUNICIPIO GUAYNABO<br>PO BOX 7885<br>GUAYNABO, PR 00970-7885 | PATHFINDERS INC<br>CENTRO INTL MERCADEO<br>STE 310 GUAYNABO 00968 |
| POPULAR MORTGAGE<br>PO BOX 362400<br>SAN JUAN, PR 00936-2400 | PPS PARKING SERVICES<br>#94 CARR. 165, BOX PARKING<br>GUAYNABO, PR 00968 | PRTCO<br>P.O. BOX 71535<br>SAN JUAN, PR 00936-8635 |
| SEC DE HACIENDA<br>P.O. BOX 9024140<br>SAN JUAN, P.R. 00902-4140 | TELECONTESTE DE PR<br>996 SANROBERTO ST., STE. 107<br>CENTENNIAL TWR SJ,PR 00926-2736 | TOSHIBA PR<br>P.O. BOX 70176<br>SAN JUAN, PR 00936-8176 |
| XEROX / JSD MGMT INC.<br>1283 COLLEGE PARK DRIVE<br>DOVER, DE 19904-8713 | EDMUNDO JIMENEZ MONTIJO<br>HACIENDA SAN JOSE<br>SANJUANERA 45<br>CAGUAS, PR 00727 | FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| MAXIMILIANO TRUJILLO GONZALEZ<br>P.O. BOX 9481<br>BAYAMON, PR 00960-9481 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | (d)IRS<br>INTERNAL REVENUE SERVICE CENTER<br>KANSAS CITY, MO 64999 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

End of Label Matrix
Mailable recipients 49
Bypassed recipients 1
Total 50